COUNTY OF ERIE, Appellant, *v.* CONTINENTAL CASUALTY COMPANY, Respondent.

Submitted January 14, 1946; decided January 17, 1946.

*Frank Gibbons* for motion.
*Edward D. Siemer* opposed.

Motion denied. Appellant directed to file brief, if any, within two weeks from service of the order hereon. Case set down for argument during first week of next session.